■ In the Matter of JUSTIN W., a Person Alleged to be a Juvenile Delinquent, Appellant. [20 NYS3d 536]—Orders of disposition, Family Court, Bronx County (Peter F. Passidomo, J.), entered September 17, 2013, which adjudicated appellant a juvenile delinquent upon fact-finding determinations that he committed acts that, if committed by an adult, would constitute two counts of attempted robbery in the second degree, and placed him on probation for a period of 18 months, unanimously affirmed, without costs.

The court's findings were not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342 [2007]). There is no basis for disturbing the court's credibility determinations. The evidence established that appellant took part in two attempts to rob the victim. Appellant's participation included, among other things, going through the victim's pockets in each incident. Concur—Friedman, J.P., Andrias, Gische and Kapnick, JJ.